**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2401**

AMINA AL-HABASHY,

    Plaintiff - Appellant,

  v.

COMMONWEALTH OF VIRGINIA DEPARTMENT OF JUVENILE JUSTICE; CITY
OF ROANOKE, VIRGINIA,

    Defendants – Appellees,

  And

RODNEY HUBBARD; KIMBERLY DOYLE; JAMES O'HARE,

    Defendants.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Glen E. Conrad, Chief District
Judge. (7:13-cv-00459-GEC)

Submitted: April 21, 2016    Decided: April 25, 2016

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Amina Al-Habashy, Appellant Pro Se. Gregory Clayton Fleming,
Senior Assistant Attorney General, Richmond, Virginia; Timothy
Ross Spencer, OFFICE OF THE CITY ATTORNEY FOR THE CITY OF ROANOKE,

Roanoke, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amina Al-Habashy appeals from the district court's order adopting the recommendation of the magistrate judge and denying relief on her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Al-Habashy v. Virginia Dep't of Juvenile Justice, No. 7:13-cv-00459-GEC (W.D. Va. Oct. 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED